UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Timothy Dodt, Derivatively On Behalf of White Electronic Designs Corporation,** PLAINTIFF(S)<br><br>v.<br><br>**Hamid R. Shokrgozar, et al.,** DEFENDANT(S) | CASE NO.  **CV-04-1674-PHX-NVW**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion #54 and 56* filed by *Salvador Ongaro*:

- ☒ Incorrect PDF document attached. The same Memorandum of Points and Authorities is attached for both documents #54 and #56 and has been docketed as a Motion. (The Memorandum was additionally filed as document #60 upon Order of the Court which granted the Motion to Exceed the Page Limit). The actual Motion has not been filed.

**ACTION REQUIRED BY THE FILER**

- ☒ The deficiency must be corrected within one (1) business day of this notice.
- ☒ Re-file corrected document. Please file the Motion for Final Approval. There is no need to file the same Motion twice.